NO. 25-1374

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

RYANAIR DAC,

Plaintiff-Appellant,

v.

BOOKING COM BV,

Defendant-Appellee.

On Appeal from the United States District Court
for the District of Delaware, 1:20-cv-01191
The Honorable William C. Bryson, Circuit Judge

## MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF DEFENDANT- APPELLEE BOOKING COM BV AND AFFIRMANCE

Andrew Crocker
(California State Bar No. 291596)
Kit Walsh
(California State Bar No. 303598)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Fax: (415) 436-9993
Email: andrew@eff.org

*Counsel for Amicus Curiae*

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, amicus state that they do not have a parent corporation and that no publicly held corporation owns 10% or more of their stock.

Dated: July 17, 2025                              *s/ Andrew Crocker*
                                                  Andrew Crocker

Pursuant to Federal Rule of Appellate Procedure 29(a)(2),(3), *amicus*[1] respectfully moves for leave to file the accompanying brief in support of Defendant-Appellee and affirmance. Ryanair does not consent to the filing of the amicus brief.  Booking does consent to the filing of the amicus brief.

## I.   INTEREST OF AMICUS CURIAE

*Amicus* Electronic Frontier Foundation (EFF) is a non-profit civil liberties organization supported by over 33,000 dues-paying members, which works to ensure that new technology enhances, rather than diminishing, civil liberties. The Computer Fraud and Abuse Act has unfortunately been misused many times in attempts to suppress legitimate competition, research, and journalism, which makes it imperative that courts appropriately define the scope of the law to limit it to actual computer hacking.

EFF has participated as *amicus* in many of the key cases defining the scope of the CFAA at the Supreme Court and in this Court's sister circuits. *E.g. Van Buren v. U.S.*, 593 U.S. 374 (2021); *hiQ Labs, Inc. v. LinkedIn Corp.*, 31 F.4th 1180 (9th Cir. 2022); *Facebook v. Power Ventures*, 844 F.3d 1058 (9th Cir. 2016).

Here, the district court ultimately reached the correct result in finding that

---

[1] Pursuant to Federal Rule of Appellate Procedure Rule 29(a)(4)(E), amicus certifies that no person or entity, other than amicus curiae, their members, or their counsel, made a monetary contribution to the preparation or submission of this brief or authored this brief in whole or in part.

Booking is not liable under the CFAA. This judgment was based on the amount of damages, rather than the scope of the CFAA's substantive terms governing "unauthorized access." Defending the ultimate judgment, Booking advances an alternative ground for affirmance: that no "unauthorized access" took place at all.

EFF's interest is in the correct definition of "unauthorized access:" a definition that follows the principles outlined by the Supreme Court in *Van Buren* to conclude that "authorization" in the CFAA context refers to a technological access control and not a free-wheeling concept of "permission." EFF urges the Court to affirm on this basis and provide needed clarity to the lower courts.

## II. THE BRIEF OF AMICUS CURIAE WILL ASSIST THE COURT

The brief of amicus curiae will assist the Court by elaborating on the legislative history and the case law, as well as the history of overly broad interpretations of the CFAA leading to legal threats against computer security researchers, journalists, and market competitors.

## III. CONCLUSION

For these reasons, *amicus* respectfully requests that this Court grant its motion for leave to file the attached amicus brief in support of Defendant-Appellee and affirmance.

Dated: July 17, 2025					Respectfully submitted,

						*s/ Andrew Crocker*
						Andrew Crocker
						ELECTRONIC FRONTIER FOUNDATION
						815 Eddy Street
						San Francisco, CA 94109
						Telephone: (415) 436-9333
						Fax: (415) 436-9993
						Email: andrew@eff.org

						*Counsel for Amicus Curiae*

## CERTIFICATIONS

I hereby certify the following:

1. This forgoing Motion for Leave to File Amicus Brief complies with the type-volume limitation of Fed. R. App .P. 27(d)(2)(A) The brief is printed in proportionally spaced 14-point Times New Roman font, using Microsoft® Word for Mac 365 and there are 478 words in the motion according to the word count of the word-processing system used to prepare the motion. The motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5), and with the type style requirements of Fed. R. App. P. 32(a)(6)

2. I certify that the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system and that service will be accomplished by the appellate CM/ECF system.

Dated: July 17, 2025                                *s/ Andrew Crocker*
                                                    Andrew Crocker